UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| v. | : | Criminal No. 10-646 (FSH) |
| WAYNE R. BRYANT | : | **CONTINUANCE ORDER BY CONSENT** |

This matter having come before the Court on the joint application of Preet S. Bharara, Acting United States Attorney and United States Attorney for the Southern District of New York (by Bradley A. Harsch, Special Attorney to the United States Attorney General, appearing), and defendant WAYNE R. BRYANT (by Carl D. Poplar, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the Court having previously ordered that the period from November 9, 2010 through January 8, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974; and the defendant having filed, on November 18, 2010, a pretrial motion for appointment of counsel under the Criminal Justice Act, which motion is pending; and delay having resulted during the pendency of such motion due to uncertainty concerning the

defendant's representation; and as the defendant has consented to such a continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has filed a pretrial motion for appointment of counsel under the Criminal Justice Act which has resulted in delay during the pendency of such motion;

(2) The defendant desires additional time to resolve certain pretrial issues pertaining to his representation, vicinage, severance, and his co-defendant's competency to stand trial;

(3) The defendant desires additional time to review discovery and evidence;

(4) Defendant has consented to the aforementioned continuance; and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 28th day of January, 2011,

IT IS ORDERED that the period from November 18, 2010 through the date on which defendant's motion for appointment of CJA counsel is decided shall be excludable in computing time under

the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7).

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge

Accepted and Acknowledged:

    ACTING UNITED STATES ATTORNEY
    PREET S. BHARARA

BY: _____
    Bradley A. Harsch
    Special Attorney to the U.S. Attorney General

_____
Carl D. Poplar, Esq.
(Counsel to defendant Wayne R. Bryant)

3