UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Faith S. Hochberg |
| | : | |
| v. | : | Criminal No. 10-646 (FSH) |
| | : | |
| WAYNE R. BRYANT | : | **CONTINUANCE ORDER BY CONSENT** |

This matter having come before the Court on the joint application of Preet S. Bharara, Acting United States Attorney and United States Attorney for the Southern District of New York (by Bradley A. Harsch, Special Attorney to the United States Attorney General, appearing), and defendant WAYNE R. BRYANT (by Carl D. Poplar, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty (60) days; and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and the Court having previously ordered that the period from November 9, 2010 through January 8, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974; and the defendant having filed, on November 18, 2010, a pretrial motion for appointment of retained counsel under the Criminal Justice Act, which motion was denied on February 9, 2011; and delay having resulted during the pendency of such motion due to

uncertainty concerning the defendant's representation; and this Court having previously ordered that the period during which such motion was pending shall be excludable in computing time under the Speedy Trial Act of 1974; and an appointment hearing for CJA counsel having been set for March 1, 2011; and further delay having resulted during the period after defendant's motion was decided but before CJA counsel is appointed; and as the defendant has consented to such a continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant has filed a pretrial motion for appointment of his retained counsel under the Criminal Justice Act which has resulted in delay during the pendency of such motion and during the period before other CJA counsel is appointed;

(2) The defendant desires additional time to resolve certain other pretrial issues pertaining to vicinage, severance, and his co-defendant's competency to stand trial;

(3) The defendant desires additional time to review discovery and evidence;

(4) The defendant has consented to the aforementioned continuance; and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 24th day of February, 2011,

IT IS ORDERED that the period from February 9, 2011 through March 1, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Sections 3161(h)(1)(D) and 3161(h)(7).

HONORABLE FAITH S. HOCHBERG
United States District Judge

Accepted and Acknowledged:

ACTING UNITED STATES ATTORNEY
PREET S. BHARARA

BY: Bradley A. Harsch
Special Attorney to the U.S. Attorney General

Carl D. Poplar, Esq.
(Counsel to defendant Wayne R. Bryant)

3