UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 10-646 (FSH) |
| Plaintiff, | Honorable Faith S. Hochberg, U.S.D.J. |
| v. | |
| WAYNE R. BRYANT, | **ORDER MODIFYING PRETRIAL MOTIONS BRIEFING SCHEDULE** |
| Defendant. | |

THIS MATTER having been opened to the Court on the joint application of the parties, Defendant Wayne R. Bryant (Anna G. Cominsky, Esq., appearing) and the United States of America (AUSA Bradley Harsch, appearing) for an Order modifying the pretrial motions briefing schedule; the Court having considered the record; and for good cause shown,

WHEREFORE, IT IS on this ___ day of August, 2011;

ORDERED that the Pretrial Motion Schedule is amended as follows:

Defendant Bryant's Response to the Government's Pretrial Motion is due on or before August 29, 2011;

Government's Reply to Defendant Bryant's Response is due on or before September 13, 2011.

HONORABLE FAITH S. HOCHBERG
United States District Judge