United States District Court
for the District of New Jersey

_____ :
                                            :
**UNITED STATES OF AMERICA**                :
                                            :   Crim. No. 10-646
          Plaintiff                         :
                                            :
     vs.                                    :   Order of Reallocation and
                                            :   Reassignment
**WAYNE R. BRYANT, ET AL.**                 :
                                            :
          Defendant                         :
_____ :

It is on this 26th day of October 2011,

O R D E R E D that the entitled action is reallocated from Newark to Trenton and reassigned from Judge Faith S. Hochberg to Judge Freda L. Wolfson.

                                    S/Garrett E. Brown, Jr.
                                    Garrett E. Brown, Jr., Chief Judge
                                    United States District Court