**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, New Jersey 07102
Telephone: (973) 424-9777
Facsimile: (973) 424-9779
*Attorneys for Defendant Wayne R. Bryant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WAYNE R. BRYANT,<br><br>Defendant. | Crim. No. 10-646 (FLW)<br><br>Honorable Madeline Cox Arleo, U.S.M.J.<br><br>**ORDER FOR APPOINTMENT OF COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT 18:3007(A)** |

THIS MATTER having been opened to the Court by Henry E. Klingeman, Esq. for an Order assigning two CJA attorneys to handle the trial in this matter; the Court having considered the submission of Henry E. Klingeman, Esq. dated January 23, 2012; the complexity of the case; the expected length of pretrial preparation; the length of the trial; the anticipated hardship of counsel in undertaking representation full-time; and in the interests of justice,

WHEREFORE, IT IS on this 26 day of Jan, 2012;

ORDERED that Henry E. Klingeman, Esq. and Anna G. Cominsky, Esq. shall be assigned trial counsel on this matter pursuant to the Criminal Justice Act.

HON. MADELINE COX ARLEO, U.S.M.J.
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY